IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DIANNA HESS,                         Case No.: 1:12-CV-983

         Plaintiff,                   Judge Timothy S. Black
                                        Magistrate Judge Karen L. Litkovitz

vs.

MILLER PIPELINE
CORPORATION, *et al,*

         Defendants.

_____

**CONDITIONAL ORDER OF DISMISSAL**
_____

        The Court having been advised by Magistrate Judge Karen L. Litkovitz that this case has successfully mediated and settled in the Court's presence;

        It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

        The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

        **IT IS SO ORDERED**.


Dated: 10/1/2013                                 _s/Timothy S. Black_____
                                                                  Timothy S. Black
                                                                  United States District Judge